UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

THOMAS A. HALE,

         Plaintiff,                            Case No. 1:21-cv-623

v.                                                Honorable Paul L. Maloney

MICHELLE YOUNG et al.,

         Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a jail detainee under 42 U.S.C. § 1983. All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. In addition, by his own terms, Plaintiff's complaint contains a "smorgasbord" of claims (ECF No. 1, PageID.1) against different Defendants: the failure of Defendant Sheriff Young to provide grievance forms, access to legal mail, sheets (allowing only a blanket), and account statements, and the toilets flush more than twice an hour; the failures of Defendant Vital Core Health Strategies (and possibly Defendant Nurse Heather) to provide Plaintiff with medications and regular consultations for his multiple sclerosis, and to provide adequate pain medication; and the failure of Defendant Aramark to provide adequate food. He alleges generally instances of interference with his ability to practice his religion and "undercurrents of racial discrimination." If Plaintiff wishes to proceed with his action, he must carefully fill out the form complaint and submit it to the Court. He must also follow the directions on the form, limiting his claims to those that are properly joined and related to one another.

2

The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody.  Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order.  The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise, within the limitations stated on the form.  Plaintiff need not re-submit supporting exhibits filed with the original complaint.  The case number shown above must appear on the front page of the amended complaint.  If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court may dismiss the complaint without prejudice.

**IT IS SO ORDERED**.

Dated:   10/19/2021                                         /s/ Ray Kent
                                                                         Ray Kent
                                                                         United States Magistrate Judge