UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

THOMAS A. HALE,

       Plaintiff,

Case No. 1:21-cv-623

v.

Honorable Paul L. Maloney

MICHELLE YOUNG et al.,

       Defendants.
_____/

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to apprise the Court of a current address and failure to comply with the Western District of Michigan Local Court Rules.

Dated: March 22, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge